NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re:  LENOVO (UNITED STATES) INC.,
MOTOROLA MOBILITY LLC,**

*Petitioners*

_____

2023-121

_____

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-01169-ADA, Judge Alan D. Albright.

_____

## ON PETITION AND MOTION

_____

### O R D E R

Lenovo (United States) Inc. and Motorola Mobility LLC move unopposed to withdraw their petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                    IN RE: LENOVO (UNITED STATES) INC.


The motion is granted.  The petition is withdrawn.

FOR THE COURT

February 23, 2023                          /s/ Peter R. Marksteiner
Date                                       Peter R. Marksteiner
                                           Clerk of Court